# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1532
Lower Tribunal No. 2020-MM-003847

_____

ANTONIO MOREZ WHEELER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Brian F. Duckworth, Judge.

May 19, 2026

PER CURIAM.

AFFIRMED.

STARGEL, MIZE and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Lisa B. Lott, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED